RECEIVED
NOV 1 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN NARCISSE<br>LA. DOC #528337<br>VS. | CIVIL ACTION NO. 6:12-cv-2741<br><br>SECTION P<br><br>JUDGE DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _13_ day of _November_, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE